IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ABE MOSS AND D&Y INVESTMENTS, LLC, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-13-3805 |
| GONZALEZ FINANCIAL HOLDINGS, INC., | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons set out in the accompanying order, Abe Moss and D&Y Investments LLC's motion for summary judgment, (Docket Entry No. 11), is granted. Gonzalez Financial did not provide notice of the tax transfer lien or the tax sale to Deutsche Bank, which made the sale of the property to Abe Moss and D&Y Investments, LLC void. *Ocwen Loan Serv., LLC v. Gonzalez Fin. Holdings, Inc.*, 77 F. Supp. 3d 584, 597–98 (S.D. Tex. 2015). Because the sale was void, Moss and D&Y Investments, LLC are entitled to $80,000, the consideration paid for the property. *Sun Exploration & Prod. Co. v. Benton*, 728 S.W.2d 35, 37 (Tex. 1987). Final judgment in the amount of $80,000 is entered on behalf of Moss and D&Y Investments, LLC.

SIGNED on March 14, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge